```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 26583
   GREGORIA S MURO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3316


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/03/08 .

    2.  The case was dismissed without confirmation, 12/04/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
-----------------------------------------------------------------------------
NATIONAL CITY BANK         CURRENT MORTG           .00            .00            .00
AURORA LOAN SERVICE        CURRENT MORTG           .00            .00            .00
AURORA LOAN SERVICE        MORTGAGE ARRE      NOT FILED           .00            .00
COMCAST                    UNSECURED          NOT FILED           .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED          NOT FILED           .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00          .00         .00           .00
PRINCIPAL PAID              .00          .00          .00         .00           .00
INTEREST PAID               .00          .00          .00         .00           .00
TOTAL PAID                  .00          .00          .00         .00           .00
The Debtor's attorney, MYLER RUDDY & MCTAVISH         , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/13/09                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 08 B 26583 GREGORIA S MURO
```